FRIEDA WEBER and MILTON WEBER, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of notice was against the weight of the credible evidence.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANTEL CORPORATION, Appellant, v. 50 EAST 77TH STREET CORPORATION, Respondent, Impleaded with Another, Defendant.— Judgment and orders unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PHILIP BIANCO, Also Known as PHILIP WHITE, Respondent, v. VERONICA BIANCO, Also Known as VERONICA WHITE, Appellant.— Judgment unanimously affirmed.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THOMAS J. CUFF, as Trustee for Certain Bondholders of the HOT SPRINGS ELECTRIC LIGHT & POWER COMPANY, a Corporation Organized and Existing under and by Virtue of the Laws of the State of Wyoming, and Another, Respondents, v. HENRY T. CLARKE, as Trustee for HENRY T. CLARKE and JOHN T. CLARKE, Surviving Directors, now Trustees, for CLARKE LAND & LOAN COMPANY, Dissolved, Appellant, Impleaded with Others, Defendants, and NATHAN HAFFENBERG, Defendant, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under Trust Indenture Dated July 18, 1933, Made by and between FLORENCE ROGERS (Also Known as FLORENCE SOLOMON), as Grantor, and CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent, v. MAURICE ROGERS (Also Known as MAURICE SOLOMON) and Another, Appellants, and NELLIE GOODING and Others, Respondents, and SADIE COHEN and Others, Defendants.— Judgment, so far as appealed from, affirmed, with costs.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse.

MAXINE POTTISH, Respondent, v. MORRIS POTTISH, Appellant.— Order affirmed, with twenty dollars costs and disbursements, on the ground that the circumstances warrant the granting of a counsel fee.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Townley and Cohn, JJ., dissent and vote to reverse and deny the motion on the ground that the parties are living in the same abode at the present time.

RYDER-POYNS, INC., Respondent, v. ELEANOR H. RICHARDS, Appellant, U. S. RADIATOR CORPORATION and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted.   No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AMERICAN NEWSPAPERS, INC., Respondent, v. ALBERT F. MILLER, JR., INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion granted.   Bill of particulars to be served within twenty days after service of order.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.